IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY SCOTT STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04CV934-M |
| | ) | [WO] |
| CITY OF MONTGOMERY, | ) | |
| ALABAMA, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 6 July 2005, the plaintiff filed a Motion To Dismiss his claims with prejudice (Doc. # 44). For the following reasons, the motion should be granted.

Rule 41(a) (2) permits voluntary dismissal of a civil action "upon order of the court and upon such terms and conditions as the court deems proper." The court has broad discretion in granting a motion to dismiss filed by the plaintiff. *Pontenberg v. Boston Sci. Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001). "In most cases, a voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice, other than the mere prospect of a subsequent lawsuit, as a result." *McCants v. Ford Motor Co., Inc.*, 781 F.2d 855, 856-57 (11th Cir. 1986).

In the instant case, although the defendants have filed Answers to the plaintiff's Amended Complaint prior to the plaintiff's motion to dismiss (See Docs. # 25-34), the defendants asserted no counterclaims. In addition, there is no indication that the plaintiff has filed her motion to avoid a likely adverse outcome or to compromise the defendant's

position. For example, the defendants have filed no dispositive motions which are pending. *See* **Pontenberg v. Boston Sci. Corp**., 252 F.3d at 1256 (finding that "[n]either the fact that the litigation has proceeded to the summary judgment stage nor the fact that the plaintiff's attorney has been negligent in prosecuting the case, alone or together, conclusively or per se establishes plain legal prejudice requiring the denial of a motion to dismiss."). The court therefore finds that, because the plaintiff seeks dismissal with prejudice, the defendants will not suffer prejudice.

Accordingly, it is ORDERED as follows:

1. The motion to dismiss, with prejudice, is GRANTED.

2. All of the plaintiff's claims against all of the defendants are hereby DISMISSED with prejudice.

3. Each party shall pay his or her own costs.

DONE this 13th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE